# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE LOPEZ, et al., </br></br> Plaintiffs, </br></br> v. </br></br> CITY OF BAKERSFIELD, et al., </br></br> Defendants. | Case No.: 1:13-cv-01725 LJO JLT </br></br> ORDER AFTER INFORMAL TELEPHONIC CONFERENCE |

At the request of counsel, on November 6, 2014, the Court held an informal telephonic conference to address several discovery issues. As a result of that conference, the Court **ORDERS:**

 1. The mid-discovery status conference is **CONTINUED** to **January 15, 2015 at 9:30 a.m.** Telephonic appearances via the CourtCall service are authorized. No later than **January 8, 2015,** counsel **SHALL** file a joint report detailing the status of the discovery efforts to that date and whether there are any impediments to completing discovery according to the current deadlines;

 2. No later than **December 8, 2014**, counsel **SHALL** file a joint statement setting forth their efforts to locate the 10 witnesses whose whereabouts are currently unknown. Likewise, Plaintiffs' counsel **SHALL** report on the efforts to locate the plaintiffs. The Court anticipates that in advance of the preparation of the joint report, defense counsel will have completed a "diligent

1

search[1]" for the witnesses and plaintiffs' counsel will have completed a "diligent search" for the witnesses and for the plaintiffs. In the event the efforts to locate the plaintiffs are unsuccessful, counsel SHALL report also as to how they intend to proceed;

    3. Plaintiff's counsel **SHALL** set forth in writing a narrowed request related to the personnel records of Defendant Cason and the Internal Affairs documents related to the incident underlying this litigation. Within 14 days thereafter, Defendants will respond to the narrowed request in writing. Unless all responsive documents are produced to Plaintiffs at that time, Defendants **SHALL** produce the responsive documents to the Court within 14 days of Defendants' written response.[2] The Court will conduct an in camera review of any documents brought within the purview of the narrowed request. At the time of the Court review, Defendants **SHALL** also provide a copy of the narrowed request and their written response thereto.

IT IS SO ORDERED.

    Dated:   **November 6, 2014**          **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] By "diligent search" the Court means that all reasonable efforts to locate these individuals have been exhausted. In the event that any witness is located in this process or at any other time, the parties are reminded of their continuing obligations to supplement their Rule 26 disclosures and are specifically ORDERED to provide location information to opposing counsel as soon as the information is located.

[2] The Custodian of Records for the Bakersfield Police Department may make an appointment with the Courtroom Deputy Clerk for a convenient time to deliver the records and, if necessary, he/she may wait at the courthouse until the Court returns the records after completing the review.