David Fox (SBN 254651)
Allison C. Worden (SBN 211104)
Parisima Roshanzamir (SBN 286160)
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone:  (619) 237-3490 / Facsimile:  (619) 237-3496

Robert F. DiCello (Ohio SBN 0072020)
(ADMITTED PRO HAC VICE)
**THE DICELLO LAW FIRM**
7556 Mentor Ave.
Mentor, OH 44060
Telephone: (440) 953-8888 / Facsimile: (440) 953-9138

Attorneys for Plaintiffs BERNIE LOPEZ and SANDRA LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNIE LOPEZ and SANDRA LOPEZ, Individually, and on behalf of the estate of JONATHAN LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BAKERSFIELD; GREG WILLIAMS, CHIEF OF THE BAKERSFIELD POLICE DEPARTMENT; KEITH CASON, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:13-CV-01725-LJO-JLT<br><br>**STIPULATION AND ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT; ORDER VACATING HEARING**<br><br>**(Doc. 26)** |

IT IS HEREBY STIPULATED, by and between the undersigned parties through their respective counsel of record that Plaintiffs shall and may amend the complaint to name JOHN D., as a nominal Defendant.

Pursuant to Federal Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Defendants, through the above stipulation, grants consent to Plaintiff to add JOHN D., as a nominal Defendant.

1  Defendants will file an Amended Answer 21 days after receiving service of the amended
2  complaint.
3  On October 30, 2014, Plaintiffs' filed a Motion to Amend the Complaint, set for hearing on
4  December 5, 2014 at 10:00 a.m. in the above referenced court and the parties stipulate to take the
5  hearing off calendar.

Date: December ___, 2014          MARDEROSIAN, CERCONE & COHEN


                                  By: _____
                                      Michael G. Marderosian
                                      Attorneys for Defendants
                                      above-named.


Date: December ___, 2014          GOMEZ TRIAL ATTORNEYS


                                  By: _____
                                      David A. Fox, Esq.
                                      Allison C. Worden, Esq.
                                      Attorneys for Plaintiffs


**ORDER**

IT IS SO ORDERED.

   Dated:  **December 4, 2014**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION TO ALLOW PLAINTIFFS' TO FILE AMENDED COMPLAINT ADDING NOMINAL DEFENDANT