**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNIE LOPEZ, et al., | Case No.: 1:13-cv-01725 LJO JLT |
| Plaintiffs, | |
| v. | ORDER AFTER NOTICE OF TENTATIVE SETTLEMENT |
| CITY OF BAKERSFIELD, et al., | (Doc. 40) |
| Defendants. | |

On March 3, 2015, counsel notified the Court that they had reached a tentative settlement but no settlement can occur absent the agreement of the City Council which will meet within about three weeks. (Doc. 40 at 2) Though counsel request a stay, it appears more efficient—in light of the pending case deadlines—to vacate all current dates and, as necessary, to re-set them in the event the City Council declines the settlement offer. Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **May 1, 2015**;
2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

///
///
///
///

1

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.

IT IS SO ORDERED.

Dated: **March 4, 2015**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE