Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, GREG WILLIAMSON and KEITH CASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE LOPEZ and SANDRA LOPEZ, Individually, and on behalf of the estate of Mr. Jonathan Lopez,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BAKERSFIELD; GREG WILLIAMS, CHIEF OF THE BAKERSFIELD POLICE DEPARTMENT; KEITH CASON; JOHN D., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 1:13-CV-01725-LJO-JLT<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

///

///

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: March 30, 2015.              MARDEROSIAN, CERCONE & COHEN

                                    /s/ Michael G. Marderosian
                                By:_____
                                    Michael G. Marderosian,
                                    Attorneys for Defendants
                                    above-named.

Dated: March 30, 2015.              GOMEZ IAGMIN TRIAL ATTORNEYS

                                    /s/ Allison C. Worden
                                By:_____
                                    Allison C. Worden,
                                    Attorneys for Plaintiffs

## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: April 16, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**